IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| ANTHONY GAIOTTI, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 111245N |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On August 7, 2012, the court sent the parties an Order instructing Plaintiff to file a written status report within 14 days of the date of the Order. The Order advised that failure to comply with the deadline set forth therein would result in dismissal of Plaintiff's appeal.

Plaintiff's deadline has passed and the court has not received Plaintiff's written status report or any further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of August 2012.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within __60__ days after the date of the Decision or this Decision becomes final and cannot be changed.*
*This document was signed by Magistrate Allison R. Boomer on August 24, 2012.*
*The Court filed and entered this document on August 24, 2012.*